```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL FOOTBALL LEAGUE
PLAYER'S ASSOCIATION on its own behalf
and on behalf of TOM BRADY

                  Petitioner,

-against-

NATIONAL FOOTBALL LEAGUE and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

                  Defendant.

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

15 Civ. 5982 (RMB) (JCF)

The above entitled action is referred to the designated United States Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____
_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All Such Motions: _____

\*   Do not check if already referred for general pretrial.

Dated: New York, New York
       July 31, 2015

_____
RICHARD M. BERMAN, U.S.D.J.