Michael Aronson
18 Juniper Rd.
Sharon, MA 02067

August 16, 2015


MEMO ENDORSED
See Attached
Clerk to Docket


RECEIVED
AUG 16 2015
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

The Honorable Richard M. Berman
Judge, U.S. District Court
Daniel Patrick Moynihan
U.S. Courthouse
Courtroom 17B
500 Pearl Street
New York, NY 10007

Dear Judge Berman,

I am writing to you in regards to the case before you of the National Football League Management Council (NFL) v. National Football League Players Association (NFLPA)(Civil Action No. 1:15-cv-05916-RMB). I am not a lawyer, nor do I have any experience in litigation. I write this letter to you pleading for one thing and one thing only. The NFLPA filed their answer and counterclaim with all exhibits from the original arbitration. The NFL has yet to submit any exhibits from the arbitration, and I am pleading with you to order them to submit said exhibits to the court, as well as the public record.

Too often during this saga the public has had to deal with leaks and misinformation being put out to the media. It is in the public's best interest for all the information from the arbitration to be made public. I also believe it is in the court's best interest. If the parties fail to settle this matter and the court is forced to render a decision the public will not have the full record on which the court is basing its decision. "No discovery is needed to adjudicate the parties' motions, which will be based on the arbitration record." (Joint Letter Motion for Conference, ECF Doc. No. 17) As I stated previously I'm not a lawyer, so frankly I don't even know if the court has the full record.

I thank you for your time and consideration in this matter.

Respectfully,

Michael Aronson

Thank you for your submission – I apologize for the delay in responding.

We have placed your submission on the court dockets for the <u>NFL v. NFLPA (Tom Brady)</u> matter (15 Civ. 5916 and 15 Civ. 5982).

*RMB*
_____
Richard M. Berman, USDJ

9/9/15