# Hollister Lowe




August 14, 2015

**MEMO ENDORSED**
See Attached
clerk to
Docket

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312



RECEIVED
AUG 21 2015
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Dear Judge Berman,

As an ardent NFL aficionado that has been following the so called "Deflategate" debacle with the utmost scrutiny, I whole heartedly believe as a concerned citizen that if a settlement isn't agreed upon, a vacated decision is in the best interest of the N.F.L., Mr. Brady and most importantly the integrity of the game.

In my humble opinion I believe there isn't an iota of credible concrete evidence linking Mr. Brady to the deflation of footballs before or during the A.F.C. Championship game on January 18, 2015. This is the fundamental crux of the episode that took place as a one sided affair after the correction of the footballs at halftime. I am confident that you will reach an equitable judgement.

Sincerely,

Hollister Lowe

80 Varick Street Suite 2C
N. Y. C.    10013    USA

T+[001]  212  925  1725
www.hollisterlowe.com

Thank you for your submission – I apologize for the delay in responding.

We have placed your submission on the court dockets for the <u>NFL v. NFLPA (Tom Brady)</u> matter (15 Civ. 5916 and 15 Civ. 5982).

*RMB*

Richard M. Berman, USDJ

9/9/15