**MEMO ENDORSED**
*See Attached,*
*Clerk to Docket*



August 16, 2015

Hon. Richard M. Berman
United States District Judge
US District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Berman:

In golf, tennis or bike races an individual could gain an advantage from a special ball, racket, bike or tires, but those are sports of individuals.

In football any advantage a quarterback has is dependent on the receivers. Like quarterbacks do the receivers also have a preference of the softness/hardness of their football? It would be logical.

If that is the case, then a team's advantage comes only when the receivers have the same preference in football as the quarterback. Otherwise there isn't an advantage just a preference, just as I prefer tight steering in a car.

Given all the bad behavior and the concussion issues, the NFL should focus on addressing those big problems that actually are harmful. They should address those issues and not spend all this money to quibble over equipment.

Sincerely,

Terri Adelman
Football fan
2 Ridgewood Road
Barrington, RI 02806

Thank you for your submission – I apologize for the delay in responding.

We have placed your submission on the court dockets for the <u>NFL v. NFLPA (Tom Brady)</u> matter (15 Civ. 5916 and 15 Civ. 5982).

*RMB*

Richard M. Berman, USDJ

9/9/15