

**MEMO ENDORSED** August 20, 2015

*See attached page*
*Clerk to Docket*

To Judge R. M. Berman,

    I am watching the results of the case of deflategate and tried to get an answer from the NFL people right after this came to light and would like you to ask the same question to the NFL people.

    If they are suspending Bradey for the four games then why are they not suspending the professional NFL referees that worked the game in question. They are the professionals and handled the football through the whole game placing it on the line of play during the whole game and should have noticed the deflated balls.

    If they could not tell the difference, being the professionals, then they should not be NFL referees. There should not be any excuse for them..

Regards, concerned sports fan,

Chet Ogorzalek
57 Woodsong Road
Westfield, MA  01085



RECEIVED AUG 24 ... CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Thank you for your submission – I apologize for the delay in responding.

We have placed your submission on the court dockets for the NFL v. NFLPA (Tom Brady) matter (15 Civ. 5916 and 15 Civ. 5982).

*RMB*

Richard M. Berman, USDJ
9/9/15