Hon. Richard M. Berman,

I wish that someone would ask Mr. Goodell two questions?

1. When did the National Football League become aware that there could be a problem with the psi's of the footballs used by the New England Patriots? (According to what I have read it was well before the game in question.)

2. If the issue was raised before the game in question, why didn't the league step in and take control of the footballs prior to the game to eliminate the potential problem?

Bonus question: Why did it take so long after Mr. Kraft's accepted the team punishment to hear Mr. Brady's appeal? (It seems like they waited until after Mr. Kraft's time frame to challenge the leagues ruling to insure that Mr. Kraft couldn't change his mind.)

Respectfully.

Ralph G. Waclawicz

Ralph G. Waclawicz
1060B Buckingham Drive
Manchester, New Jersey 08759

RECEIVED
AUG 17 2015
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

MEMO ENDORSED
p2
Clerk to Docket

Thank you for your submission – I apologize for the delay in responding.

We have placed your submission on the court dockets for the <u>NFL v. NFLPA (Tom Brady)</u> matter (15 Civ. 5916 and 15 Civ. 5982).

*RMB*

Richard M. Berman, USDJ

9/9/15