# MEMO ENDORSED.

110 West St  Apt 351
Needham, Mass  02494
September 10, 2015



RECEIVED
SEP 14 2015
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

### Attn:  Mr Richard M. Berman

Dear Mr. Berman,

I am a 92 year old man who is very interested in sport activities especially football. And, living in Massachusetts I am an excited Patriots fan.

**I have been following the legal proceedings involving Tom Brady.  I always felt that** he was innocent of doing anything wrong and felt that the NFL management were wrong in their attack.

I am writing to tell you how much I appreciate your attitude in this matter. I am sure that I am not the only Patriot fan that feels as I do.

Keep up your true American spirit.

Sincerely

*Edward J Reulbach Jr*

Edward J Reulbach Jr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **9/15/15**

Clerk to place on the docket. Thanks.

SO ORDERED
Date: **9/15/15**   *Richard M. Berman*

Richard M. Berman, U.S.D.J.